UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HUITRON,<br><br>             Plaintiff,<br><br>     v.<br><br>L. PADRNOS, et al.,<br><br>             Defendants. | Case No.  1:16-cv-00415-MJS (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

Plaintiff is a former state prisoner proceeding in a civil rights action brought pursuant to 42 U.S.C. § 1983. He is represented by counsel.

Plaintiff has filed an application to proceed in forma pauperis. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   March 28, 2016                          /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE