UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. HUITRON,<br><br>        Plaintiff,<br><br>    v.<br><br>L. PADRNOS, et al.,<br><br>        Defendants. | **CASE No. 1:16-cv-00415-MJS (PC)**<br><br>**ORDER DIRECTING PARTIES TO FILE MOTIONS IN ACCORDANCE WITH LOCAL RULE 230(l)** |

      Plaintiff Jose L. Huitron is a former state prisoner proceeding in forma pauperis in this civil rights action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. His case proceeds on his first amended complaint against Defendants Padrnos, Pena, Gonzales, and Guerrero for excessive force in violation of the Eighth Amendment. (ECF No. 9.) He is represented by privately retained counsel. He has consented to Magistrate Judge jurisdiction. (ECF No. 7.) Defendants' consent or decline is pending. (See ECF No. 17.)

      On December 19, 2016, Defendants filed their answer. (ECF No. 15.) On December 20, 2016, the Court issued a discovery and scheduling order. (ECF No. 16.)

      Notwithstanding the fact that Plaintiff is no longer in custody and has retained counsel, all motions filed in this action shall be submitted upon the record, without oral

1

argument, and in accordance with the procedures outlined in Local Rule 230(*l*) unless otherwise ordered by the Court. <u>See</u> Fed. R. Civ. P. 78(b); Local Rule 102(d).

IT IS SO ORDERED.

Dated:  December 21, 2016        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE