UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. HUITRON,<br><br>                    Plaintiff,<br><br>          v.<br><br>L. PADRNOS, et al.,<br><br>                    Defendants. | **CASE No. 1:16-cv-00415-AWI-MJS (PC)**<br><br>**ORDER MODIFYING DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>New Discovery Deadline: November 20, 2017<br><br>New Dispositive Motion Deadline: January 30, 2018 |

Plaintiff Jose L. Huitron is a former state prisoner proceeding with counsel and in forma pauperis in this civil rights action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. His case proceeds on his first amended complaint against Defendants Padrnos, Pena, Gonzales, and Guerrero for excessive force in violation of the Eighth Amendment. (ECF No. 9.)

Pursuant to the Court's December 20, 2016 Discovery and Scheduling Order, discovery on this case is set to close on August 20, 2017, and dispositive motions are due October 30, 2017. (ECF No. 16.) On July 6, 2017, the parties jointly filed a stipulation to modify the discovery and dispositive motions deadlines. (ECF No. 23.) According to the parties, on June 19, 2017, Plaintiff was arrested on a parole violation and shot multiple times; his current physical condition is unknown. The depositions that were scheduled for Plaintiff and two of the Defendants have been cancelled due to

Plaintiff's unavailability. The parties ask to continue both deadlines for an additional 90 days.

Good cause appearing, IT IS HEREBY ORDERED that the Discovery and Scheduling Order is modified as follows:

1. The deadline for the completion of all discovery, including filing all motions to compel discovery, is **November 20, 2017.**

2. The deadline to file dispositive motions **is January 30, 2018.**

IT IS SO ORDERED.

Dated:   <u>July 20, 2017</u>             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2